UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01513-ADA-EPG<br><br>**ORDER RE: STIPULATION TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>(ECF No. 12) |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff GEORGE THOMAS and Defendants CITY OF FRESNO and FPD DETECTIVE BRAD OLIVER ("Defendants") through their respective attorneys of record, as follows:

On August 23, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Fresno, entitled *GEORGE THOMAS v. CITY OF FRESNO; Brad Oliver; and DOES 1 through 20*, as Case Number 22CEG02590.

On October 31, 2022, Plaintiff filed and served to Defendants Plaintiff's First Amended Complaint ("FAC").  On November 8, 2022, Defendants filed an Answer to Plaintiff's FAC; and, on November 22, 2022, Defendants, pursuant to 28 U.S.C. §1441(b), removed Plaintiff's FAC to this Court under 28 U.S.C. § 1331 based on federal question jurisdiction.

On March 28, 2023, Defendants' counsel sent a meet and confer letter via email and mail to Plaintiff's counsel regarding Defendants' intent to file a motion for judgment on the pleadings and

to set a telephonic meet and confer regarding the deficiencies in Plaintiff's FAC. On April 4, 2023, Plaintiff's counsel communicated with Defendants' counsel that more time was needed to review Defendants' meet and confer letter regarding Defendants' intent to file a motion for judgment on the pleadings prior to setting a telephonic meet and confer regarding the purported deficiencies in Plaintiff's FAC.

On April 25, 2023, Plaintiff's counsel communicated with Defendants' counsel that after reviewing Defendants' meet and confer letter regarding Defendants' intent to file a motion for judgment on the pleadings, Plaintiff would like to file a Second Amended Complaint. On May 1, 2023, Plaintiff's counsel requested that Defendants stipulate to allow Plaintiff to file a Second Amended Complaint.

Pursuant to the Court's Scheduling Order [Doc. 9], any request for amendment under Fed. R. Civ. P. 15(a) must not be: (1) prejudicial to the opposing party; (2) the product of undue delay; (3) proposed in bad faith; or (4) futile. Accordingly, in order to facilitate the interests of all parties to this action, by and through their counsel of record, the parties hereby stipulate that good cause exists to amend the operative complaint.

Leave to amend will not prejudice the opposing party. Further, leave to amend to file a Second Amended Complaint will not adversely affect the current scheduling order or otherwise cause undue delay.

Based upon the foregoing, the parties apply for, and stipulate to an Order permitting Plaintiff to file a Second Amended Complaint.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

Pursuant to Fed. R. Civ. P. Rule 15(a)(2), the parties hereby stipulate that Plaintiff may file, within five business days of entry of an order permitting such a filing, his Second Amended Complaint. By agreement of the parties, the Second Amended Complaint will not include the addition of any new parties.

| | | |
|---|---|---|
| 1 | DATED: May 24, 2023 | **THE REICH LAW FIRM** |
| 2 | | |
| 3 | | By: _____/s/ Jeff Reich_____ |
| 4 | | Jeff Reich |
| 5 | | Paul Hager |
| 6 | | Attorneys for Plaintiff GEORGE THOMAS |
| 7 | DATED: May 24, 2023 | **MANNING & KASS** |
| 8 | | **ELLROD, RAMIREZ, TRESTER LLP** |
| 9 | | |
| 10 | | By: _____/s/ Lynn Carpenter_____ |
| 11 | | Mildred K. O'Linn |
| 12 | | Lynn Carpenter |
| 13 | | Maya Sorensen |
| 14 | | Attorneys for Defendants, CITY OF FRESNO, FPD DETECTIVE BRAD OLIVER |

Defendants' Counsel' signature by Jeff Reich pursuant to approval by Defendants' Counsel

**ORDER**

Based on the parties' stipulation (ECF No. 12), IT IS ORDERED as follows:

1. Plaintiff may file, within five business days of the entry of this order, a second amended complaint.
2. By agreement of the parties, the second amended complaint will not include the addition of any new parties.

IT IS SO ORDERED.

Dated: **May 24, 2023**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE