UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE THOMAS,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, et al.,<br><br>       Defendants. | Case No. 1:22-cv-01513-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 18) |

On October 6, 2023, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 10, 2023**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1